# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00162-MR-DLH

| | |
|---|---|
| JULIA JARED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TRANSIT U.S.A., INC., d/b/a US-1 ) | |
| Van Lines, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 11, 2015, the Plaintiff filed a Notice of Voluntary Dismissal of this action. [Doc. 5]. Rule 41 of the Federal Rules of Civil Procedure provides that in order to dismiss a case, a notice of dismissal may be filed by a plaintiff before the opposing party has served either an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(i). In the event that an answer or summary judgment motion has been filed, the parties must file a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(ii). Here, because the Defendant filed an Answer, the Plaintiff's Notice of Voluntary Dismissal does not serve to dismiss the action.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within seven (7) days of the entry of this Order. Failure to file a stipulation within the time required will result in the dismissal of this action without further Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge