# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| JULIA JARED, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:15-cv-00162-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| TRANSIT U.S.A., Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2015 Order.

September 10, 2015

_Frank G. John_

Frank G. Johns, Clerk
United States District Court